IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD K. FAIRBANKS,

        Petitioner,                   JUDGMENT IN A CIVIL CASE

v.                                        Case No. 12-cv-187-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that petitioner Donald K. Fairbanks' motion for post conviction relief under 28 U.S.C. § 2255 is DENIED as untimely.


_Peter Oppeneer_                                  3/21/2012

Peter Oppeneer, Clerk of Court                Date